UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEANDRO HERNAN SIMON; CARMEN
INMACULADA MARQUEZ BARBOTEO,

                    Plaintiffs,                                    26-CV-3046 (LLS)

        -against-                                             ORDER OF DISMISSAL

GOLDMAN SACHS GROUP, INC.,

                    Defendant.

LOUIS L. STANTON, United States District Judge:

        By order dated April 21, 2026, the Court directed Plaintiffs to file an amended pleading

within 30 days. That order specified that failure to comply would result in dismissal of this

action. Plaintiffs have not filed an amended pleading. Accordingly, this action, filed *in forma

pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

        In light of the dismissal of the complaint, the Court denies as moot Plaintiffs' application

for the Court to request *pro bono* counsel (ECF No. 5) and their motions for permission to

participate in electronic case filing (ECF Nos. 9, 13.) The Clerk of Court is directed to terminate

those motions.

        The Court further directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    June 1, 2026
          New York, New York

                                                    _____
                                                        Louis L. Stanton
                                                            U.S.D.J.