UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEANDRO HERNAN SIMON; CARMEN
INMACULADA MARQUEZ BARBOTEO,

    Plaintiffs,

  -against-

GOLDMAN SACHS GROUP, INC.,

    Defendant.

26 CIVIL 03046 (LLS)

## **CIVIL JUDGMENT**

For the reasons stated in the June 1, 2026, order, this action, filed in forma pauperis

("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). In light

of the dismissal of the complaint, the Court denies as moot Plaintiffs' application for the Court to

request pro bono counsel (ECF No. 5) and their motions for permission to participate in

electronic case filing (ECF Nos. 9, 13).

  SO ORDERED.

Dated: June 4, 2026

   New York, New York

        /s/ Louis L. Stanton
        LOUIS L. STANTON
       United States District Judge